# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2022-0062
_____

GARY W. MCMICHAEL, LISA V.
MCMICHAEL and THIRD-PARTY
DEFENDANT, THE TURN KEY
GROUP, INC.,

    Appellants,

    v.

CHARTERBANK, THOMAS D.
ZACHOS, et al.,

    Appellees.

_____

On appeal from the Circuit Court for Okaloosa County.
Michael A. Flowers, Judge.

November 7, 2023

PER CURIAM.

    AFFIRMED.

LEWIS, ROBERTS, and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Phillip A. Pugh and Haley Hadden of Litvak Beasley Wilson & Ball, LLP, Pensacola, for Appellants.

Natasha Z. Revell of Zalkin Revell, PLLC, Santa Rosa Beach, for Appellees Thomas Zachos and Kalliope Zachos.